## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **Dallas N. Bishoff,** ) | **Case No. 08-17059-RGM** |
| **Debtor.** ) | **Chapter 7** |
| ) | |

## ORDER GRANTING COUNSEL FOR
## DALLAS N. BISHOFF LEAVE TO WITHDRAW

THIS MATTER CAME ON before the Court upon the *Motion for Leave to Withdraw As Counsel For Debtor* (the "Motion") filed by Gordon P. Peyton, Esq., Robert M. Marino, Esq., and the law firm of Redmon Peyton & Braswell, LLP (collectively, "Movant"), seeking leave to withdraw as counsel of record for Dallas N. Bishoff ("Bishoff"), the debtor in the above-captioned Chapter 7 case; and it

APPEARING TO THE COURT that Bishoff has consented to the withdrawal as evidenced by his endorsement to this Order; it is therefore,

ORDERED that the *Motion* be, and it hereby is, GRANTED; and that Gordon P. Peyton, Esq., Robert M. Marino, Esq., and the law firm of Redmon Peyton & Braswell, LLP are hereby granted leave to withdraw as counsel of record for Bishoff in the above-captioned Chapter 7 case.

Dated:

_____
Robert G. Mayer
United States Bankruptcy Judge

Robert M. Marino, Esq.  VBN  26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000 ext. 52
Fax:  703-684-5109
Email: rmmarino@rpb-law.com

I ASK FOR THIS:

/s/ Robert M. Marino
Robert M. Marino, Esq. VBN 26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314-3143
Phone: 703-684-2000
Facsimile: 703-684-5109
Email:  rmmarino@rpb-law.com


Seen and Agreed:

/s/ Dallas N. Bishoff
Dallas N. Bishoff, Debtor


Copies to:

Robert M. Marino, Esq.
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314-3143

Dallas N. Bishoff
2508 Charleston Lane
Reston, VA 20191


### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2009, I caused a true and correct copy of the foregoing *proposed Order* to be sent by first-class mail, postage prepaid, to:

>Dallas N. Bishoff
>2508 Charleston Lane
>Reston, VA 20191

And served electronically upon all persons requesting notice through the ECF system.

>/s/Robert M. Marino
>Robert M. Marino